# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR76 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | TENTATIVE FINDINGS |
| MATEA SOLIS-COJ, | ) | |
| Defendant. | ) | |

The Court received the Presentence Investigation Report ("PSR") on May 27, 2010. Noting that because this is a "fast-track" case in which the parties requested that the change of plea and sentencing be scheduled for June 7, 2010, a sentencing schedule has not been entered. Nevertheless, the parties have not objected to the PSR. Any objections to these Tentative Findings may be raised orally at sentencing. The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 2005 WL 50108 (U.S. Jan. 12, 2005), the sentencing guidelines are advisory.

IT IS ORDERED:

1. The parties are notified that my tentative findings are that the PSR is correct in all respects;

2. If **any** party wishes to challenge these tentative findings, the party may raise objections orally at the sentencing hearing;

3. Absent objections to the Tentative Findings, my tentative findings may become final; and

4. Unless otherwise ordered, any motion challenging these tentative findings will be resolved at sentencing.

DATED this 4th day of June, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge